**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOHN WAYNE DILLARD, III** **PLAINTIFF**
**ADC #147484**

**v.** **No. 2:26-cv-118-DPM-PSH**

**W. NEWSOME, Corporal, EARU Max;**
**T. DUFF, Corporal, EARU Max;**
**K. SANDERS, Lieutenant, EARU Max; and**
**V. HAWKINS, Sergeant, EARU Max** **DEFENDANTS**

# ORDER

Unopposed partial recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 3*, denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026