**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOHN WAYNE DILLARD, III** **PLAINTIFF**
***ADC #147484***

**v.** **No. 2:26-cv-00118-DPM-PSH**

**W. NEWSOME, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff John Wayne Dillard, III filed this lawsuit under 42 U.S.C. § 1983 while incarcerated (Doc. No. 2). The Court previously directed service on defendants W. Newsome and K. Sanders, but the summonses were returned unexecuted. *See* Doc. Nos. 10-11. Last known addresses for Newsome and Sanders have been provided under seal. *Id.* The Clerk of the Court shall prepare a summons for each defendant. The United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2) and a summons on Newsome and Sanders each at their respective address provided under seal without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 6th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE